UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY MERLINO CONSTRUCTION COMPANY, INC., <br><br> Petitioner, <br><br> v. <br><br> GENERAL TEAMSTERS LOCAL UNION # 174, affiliated with the INTERNATIONAL BROTHERHOOD OF TEAMSTERS. <br><br> Respondent. | NO. 22-01475-RSM <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE CASE DEADLINES** |

THIS MATTER came before the Court upon Petitioner Gary Merlino Construction Company, Inc. and Respondent General Teamsters Local Union #174's ("the Parties") Joint Motion to Continue Case Deadlines; and the Court having considered the Motion and the records on file herein; and having been fully advised in the premises, and good cause appearing therefore.

Accordingly, IT IS SO ORDERED, ADJUDGED, AND DECREED that the Joint Motion to Continue Case Deadlines is hereby GRANTED. Should the Respondent's Motion to Dismiss be Denied, the Deadline for the Parties' FRCP 26(f) Conference shall be continued

ORDER GRANTING JOINT MOTION TO CONTINUE CASE DEADLINES -1

to a date thirty (30) days following the Respondent's Answer to the Petitioner's Petition to Compel Arbitration.  A new Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement will be issued containing amended deadlines.

DATED this 22nd day of December, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE